# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 12, 2019

158178

CATHERINE PUETZ, MD,
          Plaintiff-Appellee,

v

SPECTRUM HEALTH HOSPITALS and
KEVIN SPLAINE,
          Defendants-Appellants.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158178
COA: 335329
Kent CC: 15-006618-CB

      On order of the Court, the application for leave to appeal the April 24, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



a0605

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 12, 2019



Clerk